THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:11cr98**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| ANNA BLACKWELL BROWN. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 16].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 16] is **GRANTED**, and the Bill of Indictment [Doc. 1] is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: April 24, 2012

Martin Reidinger
United States District Judge